In the Matter of the Claim of JAMES HALLUMS, Respondent, against MAX GAVRIN, Respondent; BANKERS INDEMNITY INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the insurance carrier from an award of disability compensation under the Workmen's Compensation Law. The only question raised is that of coverage. The employer was a general contractor with principal place of business at 1746 Ocean avenue, Brooklyn. Claimant was injured while working as a carpenter upon a construction job on the west side of East Twenty-sixth street, south of Avenue Y, Brookyn. The policy gave 1746

Ocean avenue, Brooklyn, as the address of the employer and did not list carpentry in its classification of operations. The insurance carrier had however furnished to the employer a certificate showing that the employer was a general contractor and describing the operations by classifications as " watchman, timekeepers and cleaners and all other operations " which was in accordance with the application made by the employer to it for insurance and which was used by the employer for the purpose of obtaining a permit from the building department of the city for the erection of the building. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.